

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00344-CR

Luis Carlos **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR6587
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief originally was due to be filed on October 31, 2022. On November 14, 2022, this court notified appellant in writing that the brief was late and requested that appellant respond in writing within ten days stating a reasonable explanation for failing to timely file the brief. On December 5, 2022, appellant filed a motion requesting a thirty-day extension of time.[1] A thirty-day extension from the original due date for the brief was November 30, 2022. However, on December 6, 2022, in the interest of justice, we granted the request for an extension of time, and ordered Mr. Montgomery to file appellant's brief no later than December 30, 2022. Our order cautioned Mr. Montgomery that no further extensions of time would be granted in the absence of extenuating circumstances.

The brief has not been filed. Mr. Montgomery is ORDERED to either (1) file appellant's brief no later than **January 19, 2023** or (2) respond to this court in writing no later than **January 19, 2023** stating a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If Mr. Montgomery fails to file either the brief or an adequate response by January 19, 2023, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

---

[1] Appellant's attorney, Mr. Patrick Montgomery, incorrectly states the brief was due on November 2, 2022. Although Mr. Montgomery styles the motion as a "Second and Final Motion to Extend," no previous request for an extension has been filed.

_____
Lori I. Valenzuela, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court